DOUGLAS R. THORN (CA Bar No. 133521)
dthorn@akk-law.com
J. SCOTT SMITH (CA Bar No. 151163)
jsmith@akk-law.com
CORI R. SARNO (CA Bar No. 230559)
csarno@akk-law.com
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento, California  95825
Telephone – (916) 564-6100
Facsimile – (916) 564-6263

Attorneys for Defendants CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY and ERIC TEITELMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOEL,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN, AND DOES 1 THROUGH 1,000, INCLUSIVE<br><br>        Defendant(s). | Case Number: 2:07-CV-00728-WBS-KJM<br><br>ORDER GRANTING INITIAL EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>[Local Rule 6-144(c)<br><br>Date:  Ex Parte<br>Time:  Ex Parte<br>Place: Courtroom 5<br>Judge: Hon. William B. Shubb |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

The Court has considered Defendants' initial ex parte application for an extension of time to respond to Plaintiff's Complaint, and good cause appearing therefore, hereby grants the application. Defendants shall have through and including June 4, 2007 to respond to Plaintiff's Complaint.

IT IS SO ORDERED

Date:  May 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com