UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOEL, | CASE NO. 2:07-CV-00728-WBS-KJM |
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF HEARING ON MOTION TO DISMISS AND EXTENDING TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| CITY OF OROVILLE, ET AL. | |
| Defendants | |
| And Related Cross-Action | |

**HAVING CONSIDERED the Ex Parte Application for Continuance by Plaintiff/Cross-Defendant DAVID NOEL and GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss set for July 9, 2007, at 02:00 P.M. be and hereby is CONTINUED to date certain of July 23, 2007, at 2:00 P.M.**

**IT IS FURTHER ORDERED THAT David Noel shall have up to and including July 11, 2007, to file his responsive pleading.**

**IT IS SO ORDERED.**

**Dated: June 25, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____
Order Granting Continuance