UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID NOEL,

        Plaintiff,

   vs.

CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY ERIC TEITELMAN, AND DOES 1 THROUGH 1,000, inclusive,

        Defendants.

NO. 2:07-CV-00728 WBS EFB

ORDER

----oo0oo----

Pursuant to the stipulation of the parties, entered at the time of oral argument on defendants' motion to dismiss, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within twenty days from the date of this order.

DATED:  July 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1