UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOEL, ) | CASE NO. 2:07-CV-00728-WBS-KJM |
| ) | |
| Plaintiff, ) | **ORDER GRANTING** |
| v. ) | **CONTINUANCE OF HEARING** |
| ) | **ON MOTION TO DISMISS** |
| CITY OF OROVILLE, ET AL.; ) | |
| ) | |
| Defendants ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

HAVING CONSIDERED the Ex Parte Application for Continuance by Plaintiff DAVID NOEL and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss set for October 1, 2007, at 02:00 P.M. be and hereby is CONTINUED to date certain of October 15, 2007, at 2:00 P.M.,

IT IS FURTHER ORDERED THAT David Noel shall have up to and including October 1, 2007, to file his opposition papers.

IT IS SO ORDERED.

Dated: September 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Continuing Hearing on FRCP 12(b)(6) Motion