DOUGLAS R. THORN (CA Bar No. 133521)
    dthorn@akk-law.com
J. SCOTT SMITH (CA Bar No. 151163)
    jsmith@akk-law.com
CORI R. SARNO (CA Bar No. 230559)
    csarno@akk-law.com
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento, California  95825
Telephone – (916) 564-6100
Facsimile – (916) 564-6263

Attorneys for Defendants CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and PAT GRIFFIN-CLARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOEL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and DOES 1 through 1000, INCLUSIVE,<br><br>    Defendants.<br>CHRISTINE LASIK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OROVILLE, PAT GRIFFIN-CLARK, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and DOES 1 through 1000, INCLUSIVE,<br><br>    Defendants .<br>AND RELATED COUNTERCLAIMS | Consolidated Case No. 2:07-CV-00728 WBS KJM<br><br>STIPULATION AND ORDER TO EXTEND THE DATE FOR THE SIMULTANEOUS EXCHANGE OF EXPERT WITNESSES AND REPORTS |

The parties, by and through their attorneys of record, stipulate and agree as follows:

1. On February 14, 2008, the Court issued an order consolidating these cases and amending its prior pretrial scheduling orders to provide as follows:

| | |
|---|---|
| Expert Witness Disclosures | July 27, 2008 |
| Discovery Cutoff | February 27, 2009 |
| Law and Motion Cutoff | August 19, 2009 |
| Final Pretrial Conference | December 14, 2009 |
| Jury Trial | February 9, 2010 |

2. The parties are presently engaged in the discovery process, but need more time to complete some discovery before they exchange expert witness disclosures and reports. The discovery that needs to be completed includes the depositions of doctors who evaluated Plaintiff David Noel before he filed suit, which the parties are presently trying to schedule and hope to complete by the end of May.

3. Subject to Court's approval, the parties stipulate and agree that the pretrial scheduling order be amended to extend the date for expert disclosures from July 27, 2008 to November 14, 2008. The proposed amendment will not delay the trial of the case, and will not affect any of the other cutoff dates established by the Court.

IT IS SO STIPULATED

Date:                                            */s/ K. Stephen Swenson*
                                                 K. Stephen Swenson
                                                 Attorney for Plaintiffs


                                                 ANGELO, KILDAY & KILDUFF


Date:                                            */s/ Douglas R. Thorn*

                    Douglas R. Thorn
                    J. Scott Smith
                    Cori R. Sarno
                    Attorneys for Defendants

## ORDER

The Court has considered the stipulation of the parties, and good cause appearing therefore, hereby amends the pretrial scheduling order to provide for a November 14, 2008 cutoff date for the simultaneous exchange of expert witness and reports. The pretrial scheduling order is confirmed in all other respects.

IT IS SO ORDERED

Date:   April 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE