DOUGLAS R. THORN (CA Bar No. 133521)
dthorn@akk-law.com
J. SCOTT SMITH (CA Bar No. 151163)
jsmith@akk-law.com
CORI R. SARNO (CA Bar No. 230559)
csarno@akk-law.com
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento, California  95825
Telephone – (916) 564-6100
Facsimile – (916) 564-6263

Attorneys for Defendants CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and PAT GRIFFIN-CLARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOEL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and DOES 1 through 1000, INCLUSIVE,<br><br>　　　　Defendants. | Consolidated Case No. 2:07-CV-00728 WBS KJM<br><br>STIPULATION AND ORDER FOR PHYSICAL AND MENTAL EXAMIANTIONS |
| CHRISTINE LASIK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF OROVILLE, PAT GRIFFIN-CLARK, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and DOES 1 through 1000, INCLUSIVE,<br><br>　　　　Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The parties, by and through their attorneys of record, stipulate and agree as follows:

1. Plaintiff David Noel shall submit to non-invasive physical and mental examinations by Dr. James Soong (Neurologist), Dr. Stuart Pickel (Psychiatrist) and Dr. William Hooker (Neuropsychologist) pursuant to Rule 35 of the Federal Rules of Civil Procedure. The examination schedule shall be as follows:

| DATE | DOCTOR | START TIME | ESTIMATED LENGTH |
| --- | --- | --- | --- |
| **May 27, 2008** | **Dr. Soong** | **3:00 p.m.** | **1-2 hours** |
| **May 28, 2008** | **Dr. Hooker** | **8:30 a.m.** | **4 hours** |
| **May 28, 2008** | **Dr. Pickel** | **1:00 p.m.** | **4 hours** |
| **May 29, 2008** | **Dr. Hooker** | **8:30 a.m.** | **4 hours** |
| **May 29, 2008** | **Dr. Pickel** | **1:00 p.m.** | **4 hours** |

The nature, scope and conditions of the examinations of Mr. Noel shall be as follows:

**Dr. Soong**. Dr. Soong is a Board Certified Neurologist licensed to practice medicine in the State of California. The first part of his examination is in a question and answer format where he will obtain information from Mr. Noel about the following: (a) his present illnesses and injuries; (b) his present symptomalogy; (c) his past medical illnesses; (d) his previous injuries; (e) his work history; and (f) his present activities. The second part of Dr. Soong's examination is a clinical evaluation and observation of Mr. Noel's: (a) skull; (b) spine – cervical and thoracolumbar; (c) shoulders; (d) mental status; (e) cranial nerves; (f) motor examination; (g) gait; (h) posture; (i) coordination; (j) deep tendon reflexes; and (k) sensory examination. The examination will be conducted at Dr. Soong's office:

**Dr. James Y. Soong**
**909 Hyde Street, Suite 234**
**San Francisco, California**
**(415) 771-3040**

No other person will be present during the examination, except for, if necessary, a member of Dr. Soong's nursing staff. Dr. Soong estimates that the examination will take approximately 1-2 hours. Mr. Noel shall bring a list of his current medications and dosages.

**Dr. Hooker**. Dr. Hooker is a Board Certified Neuropsychologist licensed to practice psychology in the State of California. He will interview Mr. Noel and administer neuropsychological and

psychological testing to Mr. Noel. The interview will be in a question and answer format that covers topics of current symptoms and activities, history of injury or condition and personal history predating the injury or condition. The neuropsychological tests are in pencil and paper format and are designed and normed to be objective measures of attention, concentration, memory, mental processing speed and control, intellectual abilities, executive function, language and spatial abilities. The psychological tests are in pencil and paper format and are designed and normed to be objective measures of coping ability, stress levels, anxiety and depression, reality-testing abilities and personality makeup. The examination will be conducted at Dr. Hooker's office:

> **Dr. William D. Hooker**
> **350 Parnassus Avenue, Suite 309**
> **San Francisco, California**
> **(415) 665-1875**

No other person will be present during the examination. Dr. Hooker estimates that the examination will take approximately eight hours to complete, which shall be broken into two, four-hour sessions over two consecutive days. The interview will be audio recorded to provide an objective record about what occurs during the interview, including what Mr. Noel says during the interview. Mr. Noel should bring reading glasses if he uses reading glasses, and shall bring a list of his current medications and dosages.

**Dr. Pickel**. Dr. Pickel is a Board Certified Psychiatrist and Forensic Psychiatrist and is licensed to practice medicine in the State of California. Dr. Pickel shall conduct a Comprehensive Forensic Psychiatric Clinical Examination ("CFPCE") of Mr. Noel to asses Mr. Noel's current psychiatric state. The examination will be in a question and answer format whereby: (a) Dr. Pickel will inquire about the history of Mr. Noel's present psychiatric complaints, symptoms and the factors that he or others attribute as the cause(s) thereof. This will include a history of the incident(s) resulting in Mr. Noel's claims of physical, psychological and emotional injuries, and a history of the changes in his condition over time; (b) Dr. Pickel will inquire about the extent to which his claimed physical, psychological and emotional injuries and complaints have interfered with his functioning over time, including his daily routines and schedules; (c) Dr. Pickel will gather information from Mr. Noel regarding his age, marital status and relationship history, family history, childhood history, education and training, military history, past and present involvement with the legal system, economic stressors, employment history, job description,

relationship with co-workers and supervisors, history of accidents, injuries and disabilities, and information regarding Mr. Noel's past and present medical and mental health history and treatments (including prescribed medications and history of alcohol and other substance use/abuse); (d) Dr. Pickel will asses Mr. Noel's mental status.  The examination will be conducted at Dr. Pickel's office:

> **Dr. Stewart M. Pickel**
> **St. Francis Memorial Hospital Medical Office Building**
> **909 Hyde Street, Suite 425**
> **San Francisco, California**
> **(415) 928-3277**

No other person will be present during the examination. Dr. Pickel estimates that the examination will take approximately eight hours to complete, which shall be broken into two, four-hour sessions over two consecutive days.  The interview will be audio recorded to provide an objective record about what occurs during the interview, including what Mr. Noel says during the interview.  Mr. Noel shall bring a list of his current medications and dosages.

    2.    Plaintiff Christine Lasik shall submit to non-invasive physical and mental examinations by Dr. Stuart Pickel (Psychiatrist) and Dr. William Hooker (Neuropsychologist) pursuant to Rule 35 of the Federal Rules of Civil Procedure.  The examination schedule shall be as follows:

| DATE | DOCTOR | START TIME | ESTIMATED LENGTH |
|---|---|---|---|
| **June 3, 2008** | **Dr. Hooker** | **1:00 p.m.** | **4 hours** |
| **June 4, 2008** | **Dr. Pickel** | **8:30 a.m.** | **8 hours** |

The nature, scope and conditions of the examinations of Ms. Lasik shall be as follows:

**Dr. Hooker**.  Dr. Hooker is a Board Certified Neuropsychologist licensed to practice psychology in the State of California. He will interview Ms. Lasik and administer psychological testing to Ms. Lasik.  The interview will be in a question and answer format that covers topics of current symptoms and activities, history of injury or condition and personal history predating the injury or condition.  The psychological tests are in pencil and paper format and are designed and normed to be objective measures of coping ability, stress levels, anxiety and depression, reality-testing abilities and personality makeup. The examination will be conducted at Dr. Hooker's office:

> **Dr. William D. Hooker**
> **350 Parnassus Avenue, Suite 309**
> **San Francisco, California**
> **(415) 665-1875**

No other person will be present during the examination. Dr. Hooker estimates that the examination will take approximately four hours to complete.  The interview will be audio recorded to provide an objective record about what occurs during the interview, including what Ms. Lasik says during the interview.  Ms. Lasik should bring reading glasses if she uses reading glasses, and shall bring a list of her current medications and dosages.

**Dr. Pickel**.  Dr. Pickel is a Board Certified Psychiatrist and Forensic Psychiatrist and is licensed to practice medicine in the State of California.  Dr. Pickel shall conduct a Comprehensive Forensic Psychiatric Clinical Examination ("CFPCE") of Ms. Lasik to asses Ms. Lasik's current psychiatric state.  The examination will be in a question and answer format whereby: (a) Dr. Pickel will inquire about the history of Ms. Lasik's present psychiatric complaints, symptoms and the factors that he or others attribute as the cause(s) thereof.  This will include a history of the incident(s) resulting in Ms. Lasik's claims of physical, psychological and emotional injuries, and a history of the changes in her condition over time; (b) Dr. Pickel will inquire about the extent to which her claimed physical, psychological and emotional injuries and complaints have interfered with her functioning over time, including her daily routines and schedules; (c) Dr. Pickel will gather information from Ms. Lasik regarding her age, marital status and relationship history, family history, childhood history, education and training, military history, past and present involvement with the legal system, economic stressors, employment history, job description, relationship with co-workers and supervisors, history of accidents, injuries and disabilities, and information regarding Ms. Lasik's past and present medical and mental health history and treatments (including prescribed medications and history of alcohol and other substance use/abuse); (d) Dr. Pickel will asses Ms. Lasik's mental status.  The examination will be conducted at Dr. Pickel's office:

> **Dr. Stewart M. Pickel**
> **St. Francis Memorial Hospital Medical Office Building**
> **909 Hyde Street, Suite 425**
> **San Francisco, California**
> **(415) 928-3277**

No other person will be present during the examination. Dr. Pickel estimates that the examination will take approximately eight hours to complete.  The interview will be audio recorded to provide an

objective record about what occurs during the interview, including what Ms. Lasik says during the interview. Ms. Lasik shall bring a list of her current medications and dosages.

3. Defendant City of Oroville will advance the costs for conducting the examinations which it may recover, if at all, as a cost of suit as provided by law. Defendant City of Oroville will reimburse Mr. Noel and Ms. Lasik for the reasonable cost of meals, transportation and lodging as follows:

- **Meals.** Mr. Noel will be reimbursed for meals not to exceed $10.00 for breakfast, $15.00 for lunch and $25.00 for dinner beginning with dinner on May 27, 2008 and ending with dinner on May 29, 2008. Ms. Lasik will be reimbursed for meals not to exceed $10.00 for breakfast, $15.00 for lunch and $25.00 for dinner beginning with dinner on June 3, 2008 and ending with dinner on June 4, 2008. They shall submit their receipts for reimbursement to K. Stephen Swenson, who shall provide those receipts to counsel for defendants for processing.

- **Transportation.** Mr. Noel and Ms. Lasik shall be reimbursed round trip mileage from their home to their hotel at the rate of $0.55 per mile, and for the cost of cab service to and from their hotel to the examinations. They shall submit their receipts for reimbursement to K. Stephen Swenson, who shall provide those receipts to counsel for defendants for processing.

- **Lodging**. Defendant City of Oroville shall arrange for lodging for Mr. Noel and Ms. Lasik as follows: overnight lodging for Mr. Noel on May 27, 2008 and May 28, 2008; overnight lodging for Ms. Lasik on June 3, 2008.

Mr. Noel's spouse and Ms. Lasik's spouse may travel with them to San Francisco for the examinations at their own expense, but may not be present when the examinations are conducted.

4. Pursuant to Rule 35(b)(1) of the Federal Rules of Civil Procedure, Mr. Noel and Ms. Lasik hereby request a copy of the reports prepared by Dr. Soong, Dr. Pickel and Dr. Hooker. Those reports shall be provided to K. Stephen Swenson free of charge when they are produced to counsel for defendants or on the date the parties are required to simultaneously exchange expert witness disclosures and reports, whichever occurs first.

5. Pursuant to Rule 35(b)(3) of the Federal Rules of Civil Procedure, defendants hereby request copies of all earlier and later reports of examinations of Mr. Noel and Ms. Lasik regarding their physical and mental conditions at issue in this case. Those reports shall be provided to counsel for

defendants free of charge when they are produced to Mr. Noel, Ms. Lasik and/or their attorney, K. Stephen Swenson or on the date the parties are required to simultaneously exchange expert witness disclosures and reports, whichever occurs first.

IT IS SO STIPULATED

Date:                                            */s/ K. Stephen Swenson*
                                                 K. Stephen Swenson
                                                 Attorney for Plaintiffs


ANGELO, KILDAY & KILDUFF


Date:                                            */s/ Douglas R. Thorn*
                                                 Douglas R. Thorn
                                                 J. Scott Smith
                                                 Cori R. Sarno
                                                 Attorneys for Defendants

## ORDER

The Court has considered the stipulation of the parties, and good cause appearing therefore, hereby adopts the stipulation of the parties as an order of the Court.

IT IS SO ORDERED.

DATED: May 5, 2008.

_____
U.S. MAGISTRATE JUDGE