1  DOUGLAS R. THORN (CA Bar No. 133521)
      dthorn@akk-law.com
2  J. SCOTT SMITH (CA Bar No. 151163)
      jsmith@akk-law.com
3  CORI R. SARNO (CA Bar No. 230559)
      csarno@akk-law.com
4  Angelo, Kilday & Kilduff
   601 University Avenue, Suite 150
5  Sacramento, California  95825
   Telephone – (916) 564-6100
6  Facsimile – (916) 564-6263

7  Attorneys for Defendants CITY OF OROVILLE,
   LIZ EHRENSTROM, SHARON ATTEBERRY,
8  ERIC TEITELMAN and PAT GRIFFIN-CLARK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOEL,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and DOES 1 through 1000, INCLUSIVE,<br><br>       Defendants. | Consolidated Case No. 2:07-CV-00728 WBS KJM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS |
| CHRISTINE LASIK,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF OROVILLE, PAT GRIFFIN-CLARK, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN and DOES 1 through 1000, INCLUSIVE,<br><br>       Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The parties, by and through their attorneys of record, stipulate and agree as follows:

1. Defendant City of Oroville propounded the following discovery to Plaintiff David Noel:

| DISCOVERY | DATE SERVED | DATE DUE |
|---|---|---|
| Interrogatories (Set One) | March 26, 2008 | April 28, 2008 |
| Requests for Documents (Set One) | March 26, 2008 | April 28, 2008 |
| Request for Admission (Set One) | March 31, 2008 | May 5, 2008 |
| Interrogatories (Set Two) | April 18, 2008 | May 21, 2008 |
| Request for Admission (Set Two) | April 18, 2008 | May 21, 2008 |
| Requests for Admission (Set Three) | April 23, 2008 | May 27, 2008 |

The parties stipulate and agree that Plaintiff David Noel shall respond to the discovery propounded to him by Defendant City of Oroville in compliance with all of the instructions set forth in the discovery requests and in accordance with all of the other requirements of law in accordance with the following schedule:

| DISCOVERY | DATE DUE |
|---|---|
| Interrogatories (Set One) | May 27, 2008 |
| Requests for Documents (Set One) | May 27, 2008 |
| Request for Admission (Set One) | May 27, 2008 |
| Interrogatories (Set Two) | May 27, 2008 |
| Request for Admission (Set Two) | May 27, 2008 |
| Requests for Admission (Set Three) | May 27, 2008 |

The discovery responses shall be served on counsel for Defendant City of Oroville via first-class mail and via email, except that the documents produced by Plaintiff David Noel pursuant to the Requests for Documents shall be served via first-class mail only.

2. Defendant City of Oroville propounded the following discovery to Plaintiff Christine Lasik:

| DISCOVERY | DATE SERVED | DATE DUE |
|---|---|---|
| Interrogatories (Set One) | March 26, 2008 | April 28, 2008 |
| Requests for Documents (Set One) | March 26, 2008 | April 28, 2008 |

| | |
|---|---|
| Request for Admission (Set One)   April 24, 2008 | May 28, 2008 |

The parties stipulate and agree that Plaintiff Christine Lasik shall respond to the discovery propounded to her by Defendant City of Oroville in compliance with all of the instructions set forth in the discovery requests and in accordance with all of the other requirements of law in accordance with the following schedule:

| DISCOVERY | DATE DUE |
|---|---|
| Interrogatories (Set One) | June 6, 2008 |
| Requests for Documents (Set One) | June 6, 2008 |
| Request for Admission (Set One) | June 6, 2008 |

The discovery responses shall be served on counsel for Defendant City of Oroville via first-class mail and via email, except that the documents produced by Plaintiff Christine Lasik pursuant to the Requests for Documents shall be served via first-class mail only.

3.   No other requests for extension shall be made or authorized.

IT IS SO STIPULATED

Date:                              */s/ K. Stephen Swenson*
                                        K. Stephen Swenson
                                        Attorney for Plaintiffs


                                        ANGELO, KILDAY & KILDUFF


Date:                              */s/ Douglas R. Thorn*
                                        Douglas R. Thorn
                                        J. Scott Smith
                                        Cori R. Sarno
                                        Attorneys for Defendants

STIPULATION AND ORDER RE DISCOVERY RESPONSES

<u>ORDER</u>

The Court has considered the stipulation of the parties, and good cause appearing therefore, hereby adopts the stipulation of the parties as an order of the Court.

IT IS SO ORDERED.

DATED: May 7, 2008.

_____
U.S. MAGISTRATE JUDGE