IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID NOEL, et al.,

        Plaintiffs,                    No. CIV S-07-728 WBS KJM PS

    vs.

CITY OF OROVILLE, et al.,

        Defendants.               ORDER

_____/

        A status conference was held in this matter on May 20, 2009 before the undersigned. Plaintiffs appeared in propria persona. Douglas Thorn appeared for defendants. Upon consideration of the status reports on file in this action, discussion of plaintiffs and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Discovery, including the hearing of discovery motions, shall be completed by July 15, 2009. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

        2. Dispositive motions, other than discovery motions, shall be noticed to be heard by September 9, 2009.

/////

/////

1

1        3.  The pretrial conference is set for December 14, 2009 at 2:00 p.m. before the Honorable William B. Shubb.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

      4.  Trial of this matter is set for February 9, 2010 at 9:00 a.m. before the Honorable William B. Shubb.  The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED:  May 22, 2009.

_____
U.S. MAGISTRATE JUDGE

006
noel.oas