DOUGLAS R. THORN (Cal. Bar No. 133521)
  drthorn@surewest.net
Law Office of Douglas R. Thorn
777 Campus Commons Road, Suite 200
Sacramento, California 95825
Telephone – (916) 735-9910
Facsimile – (916) 929-0448


Attorneys for City of Oroville, Liz Ehrenstrom, Sharon Atteberry, Eric Teitelman and Pat Griffin-Clark


UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOEL,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF OROVILLE, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN, and DOES 1 through 1000, inclusive,<br><br>  Defendants. | Case No. 2:07-CV-00728-WBS-KJM; &<br><br>STIPULATION AND ORDER TO DISMISS [PROPOSED] |
| CHRISTINE LASIK,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF OROVILLE, PAT GRIFFIN-CLARK, LIZ EHRENSTROM, SHARON ATTEBERRY, ERIC TEITELMAN, and DOES 1 through 1000, inclusive,<br><br>  Defendants. | Case No. 2:07-CV-01714-WBS-KJM<br>(Consolidated Case) |
| AND RELATED CROSSCLAIMS | |

Plaintiffs and Defendants hereby stipulate and agree to the following:

1. During the week of June 8, 2009, Plaintiffs and Defendants entered into written settlement agreements in which each Plaintiff agreed to, among other things, dismiss these

consolidated cases with prejudice in consideration of Defendant agreement to hold Plaintiffs harmless from costs and dismiss the Counterclaims for Declaratory Relief against Plaintiffs with prejudice.

2. Plaintiffs were represented by counsel during negotiations of the terms of the written settlement agreements, and counsel for Plaintiffs approved the written settlement agreements as to form and content.

3. Pursuant to the terms of their written settlement agreements, Plaintiffs hereby stipulate and agree to dismiss their respective cases with prejudice, and Defendants, through their counsel of record, stipulate and agree to dismiss the Counterclaims for Declaratory Relief with prejudice.

IT IS SO STIPULATED AND AGREED

Date: June 22, 2009

*/s/ David Noel*

David Noel

Date: June 22, 2009

*/s/ Christine Lasik*

Christine Lasik

Date: June 22, 2009

*/s/ Douglas R. Thorn*

Douglas R. Thorn
Attorney for City of Oroville, Pat Griffin-Clark
Sharon Atteberry, Liz Ehrenstrom, and
Eric Teitelman

## ORDER

The Court has considered the stipulation of the parties, and good cause appearing therefore, hereby accepts the stipulation of the parties as the Order of the Court. Theses consolidated cases, and the Counterclaims filed herein, are hereby dismissed with prejudice.

Date: June 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE